THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Jermaine
 Abercrombie #2, Appellant.
 
 
 

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No.  2009-UP-245
Submitted May 1, 2009  Filed May 28, 2009

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  James J. Abercrombie appeals his guilty
 pleas and convictions for trafficking crack cocaine over 28 grams, possession
 of a weapon during the commission of a violent crime, distribution of crack
 cocaine, and possession of crack cocaine with intent to distribute.  Abercrombie
 argues his plea was involuntary because the plea judge coerced him.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority:  In re Arisha K.S., 331 S.C. 288, 293-94, 501
 S.E.2d 128, 131 (Ct. App. 1998) (stating voluntariness of guilty plea must be
 raised by objection to the trial court in order to be preserved for appeal).
AFFIRMED.
Short, Williams,
 and Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.